UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division

FILED IN OPEN COURT:
DATE: 04-22-05
TIME: 3:20 PM
INITIALS: E

UNITED STATES OF AMERICA

-vs-                                            Case No. 1:05cr10034-001-T

LEAMON MATLOCK

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING[1] PURSUANT TO
## BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for **TUESDAY, APRIL 26, 2005** at **2:15 P.M.** before United States Magistrate **Judge S. Thomas Anderson** in **Courtroom No. 407, Fourth Floor**, United States Courthouse and Federal Building, 111 South Highland, Jackson, TN. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   April 22, 2005

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  4/27/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CR-10034 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT