IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 APR 27  AM 9: 46

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN -JACKSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Cr. No. 05-10034-T/An

LEAMON MATLOCK,

    Defendant.

### ORDER ON ARRAIGNMENT

This cause came to be heard on April 27, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

                                            S. THOMAS ANDERSON
                                            United States Magistrate Judge

Charges:    controlled substance, sell, distribute or dispense; unlawful transport of firearms

Assistant U.S. Attorney assigned to case:  Scott

Rule 32 was not waived.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4/29/05

11

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CR-10034 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT