IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF TENNESSEE, EASTERN DIVISION

FILED IN OPEN COURT:
WESTERN DISTRICT OF TN
DATE: 6/8/05
TIME: 9:42 a.m.
INITIALS: et

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS: | ) | No. 05-10034T |
| | ) | |
| LEAMON MATLOCK | ) | |

### ORDER SUBSTITUTING COUNSEL

The defendant, Leamon Matlock, moves this Court for permission to substitute as counsel, Lloyd R. Tatum, in this cause, in the place and stead of the Federal Public Defender in the proceedings presently pending before this Court; and it appears to the Court that said motion should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Lloyd R. Tatum, be, and is hereby substituted as attorney for plaintiff in this cause in the place and stead of the Federal Public Defender in the proceedings presently pending before this Court. Enter this 8th day of June, 2005.

_____
JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/9/05

18

APPROVED FOR ENTRY:

_____
Asst. U.S. Atty.

_____
Asst. Fed. Public Defender

_____
Lloyd R. Tatum

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CR-10034 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT