IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs  CR NO. 1:05-10034-01-T

LEAMON LOUIS MATLOCK

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on June 8, 2005, Assistant U. S. Attorney, Victor Lee Ivy, appearing for the government, and the defendant appeared in person and with counsel, Lloyd R. Tatum, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1, 2 and 3 of the Indictment.

This case has been set for sentencing on **Thursday, September 8, 2005 at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 9 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 1:05-CR-10034 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Lloyd R. Tatum
TATUM AND TATUM
P.O. Box 293
Henderson, TN 38340

Angela R. Scott
State Attorney General's Office
P.O. Box 2825
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT